■ In the Matter of Adoption of ANONYMOUS. PATRICIA L. D., Appellant; HERKIMER COUNTY ATTORNEY, Respondent. [621 NYS2d 962] —(Appeal No. 1.)—Appeal unanimously dismissed without costs (see, Loafin' Tree Rest. v Pardi [appeal No. 1], 162 AD2d 985). (Appeal from Order of Herkimer County Family Court, Kirk, J.—Certification as Qualified Adoptive Parent.) Present—Denman, P. J., Green, Fallon, Callahan and Boehm, JJ.